IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
|    v. ) | CIVIL ACTION NO. |
| ) | 2:87cv1168-MHT |
| CALHOUN COUNTY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
|    Defendant. ) | |

ORDER

Upon consideration of the joint motion to show cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by April 30, 2007, as to why said motion should not be granted as requested.

DONE this 28th day of February, 2007.

     /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE